IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STANLEY J. CATERBONE,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 22-CV-1574** |
| | : | |
| **PNC BANK,** | : | |
|     **Defendant.** | : | |

## ORDER

AND NOW, this 12th day of July, 2022, upon consideration of Plaintiff Stanley J. Caterbone's Motion to Proceed *In Forma Pauperis* (ECF No. 16), his *pro se* Emergency Motion for Stay, construed to be an Amended Complaint (ECF No. 13), his *pro se* Emergency Motion for Stay (ECF No. 14), and Exhibit (ECF No. 17) it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.    The Amended Complaint is **DEEMED** filed.

    3.    The Amended Complaint is **DISMISSED IN PART WITH PREJUIDCE AND IN PART WITHOUT PREJUDICE** for the reasons in the Court's Memorandum. Specifically, all federal law claims are **DISMISSED WITH PREJUDICE**. All state law claims are **DISMISSED WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION**.

    4.    The Emergency Motion for Stay (ECF No. 14) is **DENIED AS MOOT**.

    5.    The Clerk of Court shall **CLOSE** this case.

    6.    Within thirty (30) days of the date of this Order, Stanley J. Caterbone shall **SHOW CAUSE** by filing a hand signed "Response to Show Cause Order" not to exceed ten pages, stating why the Court should not enjoin him from filing any further documents with the

Clerk of Court that are not hand signed as required by Federal Rule of Civil Procedure 11, other than a notice of appeal for this case.  In other words, Caterbone should explain why he should not be enjoined from filing unsigned documents.  Should an injunction Order be entered, the Clerk will be directed not to accept for filing any further unsigned documents from Caterbone other than a notice of appeal, but instead will be directed to return the submission to Caterbone.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**