# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STANLEY J. CATERBONE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 22-CV-1574** |
| | : | |
| **PNC BANK,** | : | |
| **Defendant.** | : | |

## <u>ORDER</u>

AND NOW, this 16th day of August, 2022, in consideration of the Court's Order directing Stanley J. Caterbone to show cause why the Court should not enjoin him from filing any further papers in this Court that are not hand-signed in compliance with Federal Rule of Civil Procedure 11, it is **ORDERED** that:

1.      Stanley J. Caterbone is **ENJOINED** from filing any further papers in this Court, whether sent to the Clerk of Court by mail, email or otherwise that are not hand-signed in compliance with Federal Rule of Civil Procedure 11.

2.      If Caterbone submits any paper to the Clerk of Court that falls within the description contained in Paragraph 1 of this Order, the Clerk of Court is **DIRECTED** not to docket such paper.  In other words, the Clerk of Court shall only docket papers submitted by Caterbone that bear a hand-placed signature in accordance with Federal Rule of Civil Procedure 11.  The Clerk of Court is **FURTHER DIRECTED** to return any paper mailed, emailed or otherwise filed that is covered by this injunction[1] to Caterbone with a copy of this Order.  The Clerk shall accept for filing a notice of appeal of this Order.

---

[1] The Clerk may return groups of papers in a single return mailing along with a copy of this Order.  Papers received by email may be returned to Caterbone with a copy of this Order by email to the email address Caterbone has supplied.

3.      Caterbone's Emergency Motion for Stay (ECF No. 22) is **DENIED** for the

reasons stated by the Court in an Order filed on July 20, 2022 (ECF No. 21), denying an identical

motion.

**BY THE COURT:**


**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**
